# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1543
LT Case No. 2018-CF-000153

_____

JOHN MERLE WEBB, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

John Merle Webb, III, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

January 20, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____